

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BEVERLY HARRIS, et al. | CIVIL ACTION 06-1678 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| ERIC BRECHER, et al. | U.S. MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #18**, is DENIED. It is further ORDERED that this matter be and it is hereby STAYED for a period of 120 days, pending decision of the Medical Review Panel in Harris v. Rapides Healthcare System, LLC, et al.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27 day of _April_, 2007.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**